**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 14, 2017.**



In The

# Fourteenth Court of Appeals

NO. 14-17-00873-CV

**WILLIARD CAPITAL CORP., Appellant**

**V.**

**FRANCES L. JOHNSON, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-21165**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed October 13, 2017. On December 6, 2017, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Jewell.